1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6
7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C09-4171 CW |
|---|---|
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE** |
| v. | Date: December 15, 2009 |
| SHELIA JEAN GARONI, individually and *dba* G & G FLOORING, | Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>1301 Clay Street<br>Oakland, CA 94612 |
| Defendant. | Judge: Honorable Claudia Wilken |

Plaintiffs and Defendant jointly request that the Case Management Conference currently scheduled for December 15, 2009, at 2:00 p.m., be continued for approximately ninety (90) days, as follows:

    1.    Plaintiffs and Defendant are attempting to negotiate a payment plan ("Plan") to satisfy all amounts due.  Defendant has been sick for the past three to four weeks with a bronchial infection, which has delayed the process.

    2.    In the event no informal resolution is reached, Plaintiffs and Defendant have agreed to mediation.

-1-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C09-4171 CW**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C09-4171 CW - Joint Req to Continue CMC 120809.doc

3.      Therefore, Plaintiffs and Defendant request that the Case Management Conference be continued for approximately ninety (90) days in order to allow Defendant time to regain her health and for both parties to finalize a payment plan.

Dated: December 8, 2009                        SALTZMAN & JOHNSON
                                                            LAWCORPORATION

                                               By:     _____/s/_____
                                                        Michele R. Stafford
                                                        Attorneys for Plaintiffs

Dated: December 8, 2009                        DAVENPORT, GERSTNER & McCLURE

                                             By:     _____/s/_____
                                                        Jeff McClure
                                                        Attorneys for Defendant

IT IS SO ORDERED.

     The currently set Case Management Conference is hereby continued to April 27, 2010, at 2:00 p.m.  All related deadlines are extended accordingly.

Date: 12/11/09 _____                    _____
                                                                          UNITED STATES DISTRICT JUDGE