Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>         v.<br><br>SHELIA JEAN GARONI, individually and *dba* G & G FLOORING,<br><br>    Defendant. | Case No.:   C09-4171 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant SHELIA JEAN GARONI, individually and doing business as G & G FLOORING.  Defendant has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

/ / /

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C09-4171 CW - Voluntary Dismissal 042210.doc

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2 entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 22nd day of April, 2010, at San Francisco, California.

4                               SALTZMAN & JOHNSON
                              LAW CORPORATION
5

6                               By:_____/s/_____
7                                  Michele R. Stafford
                                 Attorneys for Plaintiffs
8

9 IT IS SO ORDERED.
10    This case is dismissed without prejudice.
11
12 Date:  April 27, 2010                              _____
                                 UNITED STATES DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-4171 CW

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C09-4171 CW - Voluntary Dismissal 042210.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On April 22, 2010, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Shelia Jean Garoni, individually and *dba* G & G Flooring** <br> **1054 Shary Circle, #C** <br> **Concord, California 94518** | **Jeffrey G. McClure, Esq.** <br> **Davenport Gerstner & McClure** <br> **1990 N. California Blvd., Suite 650** <br> **Walnut Creek, California 94596** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2010, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C09-4171 CW**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C09-4171 CW - Voluntary Dismissal 042210.doc